# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

RAYMOND CHARLES PIERSON,

        Defendant-Appellant.

FOR PUBLICATION
September 12, 2017

No. 332500
Washtenaw Circuit Court
LC No. 10-001241-FH

Before: MARKEY, P.J., and RONAYNE KRAUSE and BOONSTRA, JJ.

MARKEY, J. (*concurrence*).

    I concur in result only in respect to the evidentiary issue. I will join the lead opinion in respect to all the other issues.

                           /s/ Jane E. Markey

-1-